2888.   JENKINS *v.* WHITE *et al.*

POWELL, J. Though the verdict seems to be against the preponderance of the evidence, it is not wholly without evidence to support it.

*Judgment affirmed.*

DECIDED APRIL 24, 1911.

Appeal; from Taylor superior court—Judge Gilbert.   December 10, 1910.

*C. W. Foy, R. S. Foy,* for plaintiff in error.

*W. E. Steed,* contra.